# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**M. RANDY RICE, Trustee**                                              **PLAINTIFF**

**v.**                          Case No. 2:17-cv-00135-KGB

**MICHAEL OXNER d/b/a**
**RED RIVER FARMS**                                                      **DEFENDANT**

## ORDER

On March 21, 2019, plaintiff M. Randy Rice, trustee, and defendants Michael Oxner and Red River Farms filed a joint status report representing that the parties have entered into a settlement agreement (Dkt. No. 15). On May 20, 2019, the parties submitted *via* electronic communication to the Court a proposed agreed order signed by both parties and representing that the settlement has been confirmed by the United States Bankruptcy Court. *In re: Turner Grain Merchandising, Inc.*, Case No. 2:14-bk-15687J (Docket #936). The parties request that the Court dismiss with prejudice this action. Accordingly, the Court dismisses with prejudice this action.

It is so ordered this 24th day of May, 2019.

                                                        Kristine G. Baker
                                                       United States District Judge